In the Matter of the Accounting of LEONA S. HOWLETT, as Executrix of HAROLD A. HOWLETT, Deceased, Respondent. S. J. REYNOLDS, Appellant.— Order affirmed, with costs against the appellant. All concur. (Appeal from an order of Onondaga Surrogate's Court vacating a decree in favor of claimant and directing a new trial of the issues on a claim against an estate for purchase price of stock.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

∎

In the Matter of WILLIAM J. NOLAN, Appellant, against CITY OF BUFFALO et al., Respondents.— Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order of Erie Special Term granting respondents' motion and dismissing petitioner's petition.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

∎

PAUL WISKUP, Respondent, v. NIAGARA FRONTIER TRANSIT SYSTEM, INC., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie Trial Term for plaintiff in a bus line negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

∎

CHAUNCEY R. HATCH, JR., Appellant, v. COUNTY OF ERIE, Respondent.— Judgment and orders affirmed, without costs of these appeals to either party. All concur. (Appeal from a judgment of Erie Special Term and an order dismissing the complaint in an action to invalidate a sale of realty and to restrain conveyance; also appeal from an order of Erie Special Term, canceling of record the notice of pendency.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

∎

PATRICIA RAPAPORT, an Infant, by EVA M. RAPAPORT, Her Guardian ad Litem, Respondent, v. JEROME L. CLARK et al., Appellants. JEROME L. CLARK, Third-Party Plaintiff-Respondent, v. REUBEN RAPAPORT, Third-Party Defendant-Appellant.— Judgments and order affirmed, with costs. All concur. (Appeal from a judgment of Onondaga Trial Term for plaintiff against all defendants in an automobile negligence action. Defendants Bertrand appeal from an order denying their motion for a new trial. Also appeal by the third-party defendant Reuben Rapaport from a judgment of the same court in favor of the third-party plaintiff Clark against the third-party defendant for the amount of plaintiff's recovery.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

∎

EVA M. RAPAPORT, Respondent, v. JEROME L. CLARK et al., Appellants. JEROME L. CLARK, Third-Party Plaintiff-Respondent, v. REUBEN RAPAPORT, Third-Party Defendant-Appellant.— Same decision and like cause of action as in companion case of *Rapaport* v. *Clark* (*ante,* p. 1017). Present — Vaughan, J P., Kimball, Piper, Wheeler and Van Duser, JJ.